# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129974

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JENNIFER ANNE CONGDON and
BRUCE WILLIAM CONGDON, Minors.

_____

FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

                                    SC: 129974
                                    COA: 260373
                                    Oakland CC
                                    Family Division: 02-665473-NA

BRUCE WILLIAM CONGDON,
       Respondent-Appellant,

and

BRIDGETTE CONGDON,
       Respondent.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

s1220

_____
Clerk